IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARIM MOWATT, :

    Petitioner :

                           :
    vs.                       CIVIL NO. 4:CV-09-2307
                           :

WARDEN DAVID EBBERT, :

    Respondent :

*O R D E R*

AND NOW, this 17th day of May, 2011, upon consideration of: the report (doc. 24) of the magistrate judge, filed March 15, 2011; the objections that were filed; and independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The petition (doc. 1) for a writ of habeas corpus, construed as one under 28 U.S.C. § 2254, is denied.

    3. For the reasons given in the report, a certificate of appealability is denied, but Petitioner is advised he may still appeal this order if he requests a certificate of appealability from the United States Court of Appeals for the Third Circuit.

    4. The Clerk of Court shall close this file.

                                 /s/William W. Caldwell
                                 William W. Caldwell
                                 United States District Judge